IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENE ROSARIO,** : | |
|     Petitioner, : | |
| : | No. 1:21-cv-01160 |
| v. : | |
| : | (Judge Kane) |
| **STEPHEN SPAULDING,** : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 31st day of August 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                                  s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania